In the Matter of WILLIAM L. GERETY, an Attorney.— Motion denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of FREDERIC DUDLEY KOHLER (Also Known as FREDERIC D. KOHLER), an Attorney.— Motion denied. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

In the Matter of the Application of JOSEPH LEVY for Reinstatement as an Attorney and Counselor at Law.— Motion denied. Present— Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of J. SELIG MAISEL for Reinstatement as Attorney and Counselor at Law.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of DAVID ROBSON for Reinstatement as an Attorney and Counselor at Law.— Motion denied. Present — Finch, P. J., Martin, Townley and Glennon, JJ.

In the Matter of NATHAN ZIPRIN, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EMIL BORDEN, Respondent, v. FRED T. LEY & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WYNKOOP HALLENBECK CRAWFORD COMPANY, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Glennon, JJ.

In the Matter of the Application of PAUL CRAMES for an Order of Reinstatement as an Attorney.— Motion granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH SENTER v. MORRIS MARCUS and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SCOTTISH UNION AND NATIONAL INSURANCE COMPANY and STANDARD INSURANCE COMPANY OF NEW YORK v. GEERY, GUTHRIE & Co., INC.— Application granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID KAPLAN & SON, INC., v. ISRAEL FRIEDMAN.— Application denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SIL-TURN Co., INC., v. LONDON GUARANTY AND ACCIDENT COMPANY, LIMITED. — Application granted. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.